ADAM PAUL LAXALT
Nevada Attorney General
BENJAMIN R. JOHNSON
Deputy Attorney General
Nevada Bar No. 10632
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: 775-684-1254
Email: bjohnson@ag.nv.gov

*Attorneys for Defendants*
*Terri Jacobs, and John Keast*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK MILLER,<br><br>             Plaintiff,<br><br>v.<br><br>JOHN KEAST, et al.,<br><br>             Defendants. | Case No.  3:15-cv-00383-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Mark Miller, pro se, and Defendants, Terri Jacobs, and John Keast, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41 (a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court.

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

The parties also request that this Court waive the remaining balance of Plaintiff's filing fee.

DATED this 21 day of January, 2016

By: /s/ Mark Miller
MARK MILLER
*Plaintiff in Pro Se*

DATED this 27th day of January, 2016

ADAM PAUL LAXALT
Attorney General

By: /s/ Benjamin R. Johnson
BENJAMIN R. JOHNSON
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

IT IS FURTHER ORDERED that the Court waives the remaining balance of Plaintiff's filing fee.

DATED this 1st day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 29th day of January, 2016, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

MARK MILLER #44747
CARE OF NNCC LAW LIBRARIAN
NORTHERN NEVADA CORRECTIONAL CENTER
P.O. BOX 7000
CARSON CITY, NV 89702
lawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717